IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 1 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-01789-BNB

RANDALL M. MINOR,

    Applicant,

v.

LARRY E. REID (Warden), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER OF DISMISSAL

Applicant, Randall M. Minor, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Colorado State Penitentiary in Cañon City, Colorado. Mr. Minor filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (2006). As relief he asked "to vacate the conviction and remand case back to district court and/and to vacate entire sentence and parole. Release from imprisonment and confinement." Application at 9.

On August 30, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Minor to file within thirty days an amended application that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, that asserted claims appropriate in the 28 U.S.C. § 2254 action, and that showed cause why the application should not be denied for failure to exhaust state remedies. Magistrate Judge Boland warned Mr. Minor that if he failed to comply with the August 30 order within the time allowed, the action would be dismissed without further notice.

Mr. Minor has failed within the time allowed to comply with the August 30, 2007, order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the application is denied and the action dismissed without prejudice for failure to prosecute and for failure within the time allowed to comply with the August 30, 2007, order to file an amended application and to show cause.

DATED at Denver, Colorado, this 10 day of Oct., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01789-BNB

Randall M. Minor
Prisoner No. 64362
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

　　　I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on \_\_10/11/07\_\_

GREGORY C. LANGHAM, CLERK

By: _____
　　　　　　Deputy Clerk